

# Office of the
# District Attorney
### of Rockland County

MICHAEL E. BONGIORNO
DISTRICT ATTORNEY

1 SOUTH MAIN STREET
SUITE 500
NEW CITY, NEW YORK 10956-3556
(845) 638-5001
Fax # (845) 638-5298

October 12, 2007

Honorable Charles L. Brieant
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   Jean Gilot v. Francisco Rivera
      07 Civ. 5953 (CLB)
      Petition for a Writ of Habeas Corpus

Your Honor:

      As per the Court's order dated October 10, 2007, this letter will confirm that the Court has granted my request to extend the due date for respondent's papers from October 26, 2007 until December 5, 2007. Thank you for your consideration in this matter.

Very truly yours,

Carrie A. Ciganek
Senior Assistant District Attorney
(845) 638-5022

cc: Jean Gilot, 03A2545
    Otisville Correctional Facility
    Box 8
    Otisville, New York 10963-0008