UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
JEAN GILOT



#_____

07 Civ. 5953 (CLB)

      Petitioner,                    JUDGMENT

  -against-

FRANCISCO RIVERA, Acting
Superintendent
      Respondents.
-------------------------------X

      Whereas the above entitled action having been assigned to the Honorable Charles L. Brieant, U.S.D.J., and the Court thereafter on January 18, 2008, having handed down a Memorandum and Order (Docket # 13) denying Petitioner's Writ of Habeas Corpus Petition under 28 U.S.C.:2254, for want of merit, it is,

      **ORDERED, ADJUDGED AND DECREED:** that the Petition for Habeas Corpus under 28 U.S.C.: 2254 is hereby denied for want of merit, the Court declines to issue a Certificate of Appealability since there are no Appellate issues deserving of review presented by the record in this case and the case is hereby closed.

Dated: White Plains, N.Y.
       January 24, 2008

                                        Clerk of Court  - J. Michael McMahon

**COPIES MAILED BY THE CLERK'S OFFICE**
**ENTERED AS A JUDGMENT ON: 01/24/2008**

I:\JUDGMENT\GILOT.953.wpd